State v. Clifton.

———◦◦◦———

THE STATE, Plaintiff in Error, v. CLIFTON, Defendant in Error.

1. Mares are *cattle* within section 57 of article 3 of the act concerning Crimes and Punishments. (R. C. 1845, p. 364.)

*Error to Chariton Circuit Court.*

*Ewing*, (attorney general,) for the State.
*Harris*, for defendant in error.

SCOTT, Judge, delivered the opinion of the court.

This is an indictment under the 57th section of the 3d article of the act concerning Crimes and Punishments, which enacts that, "if any person shall wilfully and maliciously kill, maim or wound any cattle of another, he shall, on conviction, be punished," &c. The indictment charges that the defendant, on

the —— day of ——, at, &c., certain cattle, to-wit, one mare, &c. The case of the State v. Hambleton, 22 Mo. 452, settles that horses or mares are cattle within the meaning of the section under which this indictment is framed. We think the section of the act preceding the 57th makes this matter plain.

The other judges concurring, the judgment will be reversed, and the cause remanded.